Carl E. Hueber, WSBA No. 12453
WINSTON & CASHATT
601 W. Riverside Ave.
1900 Bank of America Financial Center
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| JONNI ISAAC,<br><br>                           Plaintiff,<br><br>     vs.<br><br>SUTTELL & ASSOCIATES, PS,<br><br>                           Defendant. | No. CV-09-5071-FVS<br><br>DEFENDANT'S MOTION TO DISMISS<br><br>NO ORAL ARGUMENT<br>Date:  February 24, 2010 at 6:30 pm |
|---|---|

Defendant Suttell & Associates, PS ("Suttell") requests that the Court dismiss this action pursuant to Fed.R.Civ.P 12(b)(6) because the statute of limitations for the Fair Debt Collection Practices Act claim expired before the plaintiff filed suit, and no claim exists against an attorney for violation of the Washington Collection Agency Act.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1  This motion is supported by the Memorandum in Support of Motion to Dismiss,
2  the Declaration of Carl E. Hueber, Defendant's LR 56 Statement of Undisputed Facts,
3
4  and the records and files herein.
5  DATED this 4th day of January, 2010.

s/Carl E. Hueber, WSBA No. 12453
WINSTON & CASHATT
Attorneys for Defendant

601 W. Riverside Ave.
1900 Bank of America Financial Center
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: ceh@winstoncashatt.com

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Jon N. Robbins
>Attorney for Plaintiff

>s/Carl E. Hueber, WSBA No. 12453
>WINSTON & CASHATT
>Attorney for Defendant
>601 W. Riverside, Ste. 1900
>Spokane, WA 99201
>(509) 838-6131
>Facsimile:  (509) 838-1416
>E-mail Address:  ceh@winstoncashatt.com

175610

DEFENDANT'S MOTION TO DISMISS -- 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131