1  Carl E. Hueber, WSBA No. 12453
2  WINSTON & CASHATT
   601 W. Riverside Ave.
3  1900 Bank of America Financial Center
   Spokane, WA  99201
4  Telephone:  (509) 838-6131
5
6  Attorneys for Defendant
7
8
9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
10
11  JONNI ISAAC,
12                                    Plaintiff,   No.    CV-09-5071-FVS
13           vs.
                                                   DEFENDANT'S LR 56.1 STATEMENT OF
14  SUTTELL & ASSOCIATES, PS,                      MATERIAL UNDISPUTED FACTS
15                                    Defendant.
16
17          1.      On August 1, 2008, attorneys Suttell & Associates, PS initiated a lawsuit
18  against Jonni Isaac on behalf of their client Capital One Bank based on a debt on which
19  Ms. Isaac had defaulted.  (Declaration of Carl Hueber, Ex. "A")
20          2.      Jonni Isaac submitted a Notice of Appearance and an Answer dated
21  August 4th and August 5, 2008.  (Decl. of Carl Hueber, Exs. "B" and "C")
22
23
24

DEFENDANT'S LR 56.1 STATEMENT OF MATERIAL
UNDISPUTED FACTS  -- 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

3.    The Complaint was thereafter filed on February 11, 2009, and summary judgment entered against Ms. Isaac on August 21, 2009.   (Ex. "D" to Decl. of Carl Hueber)

4.    On August 10, 2009, Jonni Isaac initiated this action claiming violation of the Fair Debt Collection Practices Act and violations of the Washington Collection Agency Act/Washington Consumer Protection Act.  (See Complaint)

DATED this 4th day of January, 2010.


s/Carl E. Hueber, WSBA No. 12453
WINSTON & CASHATT
Attorney for Defendant

601 W. Riverside Ave.
1900 Bank of America Financial Center
Spokane, WA 99201
(509) 838-6131
Facsimile:  (509) 838-1416
E-mail Address:  ceh@winstoncashatt.com

DEFENDANT'S LR 56.1 STATEMENT OF MATERIAL
UNDISPUTED FACTS  --  2



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1      I hereby certify that on January 4, 2010, I electronically filed the foregoing with

2 the Clerk of the Court using the CM/ECF System which will send notification of such

3 filing to the following:

4

5                      Jon N. Robbins
                     Attorney for Plaintiff

6

7

8                           <u>s/Carl E. Hueber, WSBA No. 12453</u>

9                           WINSTON & CASHATT
                          Attorney for Defendant

10                           601 W. Riverside, Ste. 1900
                          Spokane, WA 99201

11                           (509) 838-6131

12                           Facsimile:  (509) 838-1416
                          E-mail Address:  ceh@winstoncashatt.com

13

14

15 175422

16

17

18

19

20

21

22

23

24

DEFENDANT'S LR 56.1 STATEMENT OF MATERIAL
UNDISPUTED FACTS -- 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131