| | |
|---|---|
| 1 | Carl E. Hueber, WSBA No. 12453 |
| 2 | WINSTON & CASHATT |
|   | 601 W. Riverside Ave. |
| 3 | 1900 Bank of America Financial Center |
|   | Spokane, WA  99201 |
| 4 | Telephone:  (509) 838-6131 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
|   | EASTERN DISTRICT OF WASHINGTON |
| 9 | |

| | | |
|---|---|---|
| 10 | JONNI ISAAC, | No. CV-09-5071-FVS |
| 11 | Plaintiff, | DEFENDANT'S MOTION TO STRIKE AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT |
| 12 | vs. | |
| 13 | SUTTELL & ASSOCIATES, PS, | |
|    |  | Note on Motion Docket: February 16, 2010 |
| 14 | Defendant. | at 6:30 pm - Without Oral Argument |

15

16    COMES NOW Suttell & Associates, PS, through its attorney Carl E. Hueber, and

17    moves to strike the Amended Complaint and the First Amended Complaint filed by the

18

19    plaintiff on January 11, 2010 without leave of court.  This motion is based upon the

20    appended Affidavit of Carl E. Hueber and the records and files herein.

21    DATED this 14th day of January, 2010.

22

23                                    s/Carl E. Hueber, WSBA No. 12453
                                      WINSTON & CASHATT
                                      Attorneys for Defendant
24

DEFENDANT'S MOTION TO STRIKE
AMENDED COMPLAINT AND FIRST
AMENDED COMPLAINT  -- 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

601 W. Riverside Ave.
1900 Bank of America Financial Center
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: ceh@winstoncashatt.com

**AFFIDAVIT**

STATE OF WASHINGTON  )
                     : ss.
County of Spokane    )

I, CARL E. HUEBER, being first duly sworn on oath, say:

1. I represent Suttell & Associates, PS.

2. This action was commenced on August 10, 2009 by the filing of a Complaint for Violation of Federal Fair Debt Collection Practices Act and Invasion of Privacy. (Document #1)

3. On December 2, 2009, Suttell & Associates filed Defendant's Answer and Affirmative Defenses to Complaint. (Document #8)

4. On January 4, 2010, Suttell & Associates filed Defendant's Motion to Dismiss which has been set without oral argument for February 24, 2010. (Document #13) When filing this motion, Suttell & Associates, PS relied upon matters extraneous to the pleadings for matters of public record and provided to Suttell & Associates, PS by the plaintiff in her initial Rule 26 Initial Disclosures. To the extent that

DEFENDANT'S MOTION TO STRIKE
AMENDED COMPLAINT AND FIRST
AMENDED COMPLAINT -- 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

the filing of these extraneous documents converted the Motion to Dismiss to a Motion for Summary Judgment, Suttell provided the appropriate notice required for summary judgment and supplied a LR56.1 Statement of Material Undisputed Facts.

5. On January 11, 2010, without leave of the court, plaintiff filed the Amended Complaint for Violation of Federal Fair Debt Collection Practices Act, Violation of Revised Code of Washington Chapter 19.16, and Invasion of Privacy. (Document #19) Plaintiff also filed on that same day the First Amended Complaint for Violation of Federal Fair Debt Collection Practices Act, Violation of Revised Code of Washington Chapter 19.16, and Invasion of Privacy. (Docket #20) At no time prior to the filing of these pleadings was any contact made with me to seek my client's consent to amending the claim. Had such inquiry been made, we would not have consented as this case was filed over five months ago and there is a pending dispositive motion before the court.

6. Rule of Civil Procedure 15(a) provides:

> (a) Amendments Before Trial.
> ***(1) Amending as a matter of course.*** A party may amend its pleading once as a matter of course within:
> (A) 21 days after serving it, or
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

DEFENDANT'S MOTION TO STRIKE
AMENDED COMPLAINT AND FIRST
AMENDED COMPLAINT -- 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

7. The plaintiff was not authorized to amend the Complaint as a matter of course. Suttell & Associates, PS filed its Answer on December 2, 2009. The plaintiff's filing of the two Amended Complaints on January 11, 2010 was beyond the 21 day provision of Federal Rule of Civil Procedure 15(a)(1)(B).

8. The Federal Rule of Civil Procedure 15(a)(2) provides that in other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. Here, the plaintiff did not obtain Suttell & Associates, PS consent nor was leave of the court obtained.

9. I am asking this court to strike the Amended Complaint and the First Amended Complaint.

_____
CARL E. HUEBER

SUBSCRIBED AND SWORN to before me this 14th day of January, 2010.



_____
Notary Public in and for the State of Washington, residing at Spokane
My appointment expires: 6/27/2011

DEFENDANT'S MOTION TO STRIKE
AMENDED COMPLAINT AND FIRST
AMENDED COMPLAINT -- 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Jon N. Robbins
    Weisberg & Meyers
    jrobbins@attorneysforconsumers.com

    Attorney for Plaintiff

    Alex Weisberg
    Weisberg & Meyers, LLC
    aweisberg@AttorneysForConsumers.com

    Attorney for Plaintiff

    s/Carl E. Hueber, WSBA No. 12453
    WINSTON & CASHATT
    Attorney for Defendant
    601 W. Riverside, Ste. 1900
    Spokane, WA 99201
    (509) 838-6131
    Facsimile: (509) 838-1416
    E-mail Address: ceh@winstoncashatt.com

178080

DEFENDANT'S MOTION TO STRIKE
AMENDED COMPLAINT AND FIRST
AMENDED COMPLAINT -- 5

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131