UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONNI ISAAC,<br><br>           Plaintiff,<br><br>   v.<br><br>SUTTELL & ASSOCIATES, PS.,<br><br>           Defendant. | NO. CV-09-5071-RMP<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE the Court is the Defendant's Stipulation and Motion of Dismissal (Ct. Rec. 34). Having reviewed said stipulation and having reviewed the file and pleadings therein, the Court deems itself otherwise fully advised in the matter. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Stipulation and Motion of Dismissal (**Ct. Rec. 34**) is **GRANTED**. The Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

The District Court Executive is ordered to **ENTER THIS ORDER,** furnish copies to counsel, and **CLOSE** this file.

**DATED** this 6th day of April, 2010.

                                                  *s/ Rosanna Malouf Peterson*
                                              ROSANNA MALOUF PETERSON
                                              United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 1